IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SILAS MARTIN, #145 609,                          )
                                                 )
          Petitioner,                            )
                                                 )          3:09-CV-875-ID
v.                                               )
                                                 )               (WO)
WARDEN HETZEL, *et al.*,                          )
                                                 )
          Respondents.                           )

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #19), and

Petitioner's Objection, (Doc. #20).  Having conducted a *de novo* determination of those

portions of the Recommendation to which objections are made, it is CONSIDERED and

ORDERED as follows:

1.     Petitioner's Objection (Doc. #20) be and the same is hereby OVERRULED;

2.     The Recommendation of the Magistrate Judge (Doc. #19) be and the same

       is hereby ADOPTED, APPROVED and AFFIRMED; and

3.     The Petitioner's petition for habeas corpus relief (Doc. #1) be and the same

       is hereby DENIED and DISMISSED with prejudice.

DONE this the 21st day of April, 2011.

                         /s/ Ira DeMent_____
                         SENIOR UNITED STATES DISTRICT JUDGE

1