IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145 609, | ) |
| | ) |
| Petitioner, | ) |
| | ) 3:09-CV-875-ID |
| v. | ) |
| | ) (WO) |
| WARDEN HETZEL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of respondents, and against Petitioner Silas Martin.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 21st day of April, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE